IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20CV671-GCM

| | | |
|---|---|---|
| GEOFFREY LEWIS WOMACK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| FNU WHITE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court upon its own motion. The *pro se* Plaintiff filed his Complaint on December 3, 2020 but failed to submit a filing fee or application to proceed *in forma pauperis*. That same day, the Clerk of Court sent Plaintiff a Notice of Deficiency directing Plaintiff to either pay the filing fee or submit his IFP application within 21 days or risk dismissal of the action without prejudice for failure to prosecute. To date, Plaintiff has failed to respond as directed. Accordingly, this case is hereby DISMISSED WITHOUT PREJUDICE for failure to prosecute.

IT IS SO ORDERED.

Signed: May 25, 2021

Graham C. Mullen
United States District Judge