# United States District Court
## Western District of North Carolina
### Charlotte Division

| | | |
|---|---|---|
| Geoffrey Lewis Womack**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:20-cv-00671-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| FNU White**,** et al | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 25, 2021 Order.

May 25, 2021

Frank G. Johns, Clerk
United States District Court